**Keith GINN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50438.**

Missouri Court of Appeals,
Western District.

June 20, 1995.

Ellen H. Flottman, Columbia, for appellant.

**606**

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM.

Appeal from denial without evidentiary hearing, of movant's motion to vacate two convictions, after guilty pleas, Rule 24.035, for distribution and delivery of a controlled substance, pursuant to Rule 24.035.

Judgment affirmed. Rule 84.16(b).